# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TYANIS LAWRENCE, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Act. No.: 2:17-cv-611-ECM |
| | ) (WO) |
| CHRISTOPHER WEST, *et al.*, | ) |
| Defendants. | ) |

## **O R D E R**

This matter is before the court on Defendant Christopher West's partial motion to dismiss (doc. # 14) filed on October 16, 2017. The motion has been fully briefed by the parties. (Docs. # 15 & 19). Defendant Christopher West moved this court to dismiss all claims against him in his official capacity. (Docs. # 14 & 15). Plaintiff Tyanis Lawrence "concedes that all claims against Defendant West in his official capacity only are due to be dismissed." (Doc. # 19). Accordingly, it is

ORDERED that Defendant Christopher West's partial motion to dismiss (doc. # 14) be and is hereby GRANTED and all claims against this defendant in his official capacity be and are hereby DISMISSED with prejudice.

DONE this 30th day of November, 2018.

                                            /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      UNITED STATES DISTRICT JUDGE