IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYANIS LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Act. No.: 2:17-cv-611-ECM |
| | ) |
| CHRISTOPHER WEST, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal (doc. 56), filed on March 26, 2019, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of Court is DIRECTED to close the case.

DONE this 26th day of March, 2019.

        /s/ Emily C. Marks
    EMILY C. MARKS
    CHIEF UNITED STATES DISTRICT JUDGE